IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN JONES,<br><br>Defendant. | Case No. 1:24-MJ-80 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Thomas G. Pattinson, being duly sworn, depose and state:

1. I am a Federal Air Marshal (FAM) of the Transportation Security Administration (TSA) and have been so employed since July of 2006. I am also a Task Force Officer with the FBI's Joint Terrorism Task Force and have been so assigned since July of 2021. I am currently assigned to the Washington Field Office (WFO) of the FBI, where I investigate violations of federal law that occur within the airport environment and on-board aircraft. I am familiar with the relevant federal statutes, including under Titles 18 and 49 of the United States Code, and have conducted numerous investigations into offenses that have occurred upon aircraft.

2. My duties as a FAM and TFO with the FBI's Joint Terrorism Task Force include investigating violations of the United States Code and seeking prosecution of violators when applicable. I have received training in general law enforcement, including training in Titles 18 and 49 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint for NATHAN JONES (hereafter referred to as JONES), who interfered and intimidated flight crew members and attendants, in violation of Title 49 United States Code, Section 46504.

4. The facts and information contained in this affidavit are based upon my personal observations during this investigation, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about March 3, 2024, the Metropolitan Washington Airports Authority (MWAA) Police Department (PD) contacted the FBI about a disruptive passenger (JONES) on Alaska Airlines Flight 322 with service from San Diego, California to Dulles Airport, Virginia. JONES was a passenger on board that aircraft, assigned to seat 6E. During flight, JONES got out of his seat multiple times and made three separate attempts to go to the front of the plane and open the aircraft's cockpit door before flight attendants requested the assistance of off-duty law enforcement officers, who restrained JONES in flex cuffs and sat on either side of him for the remainder of the flight.

6. When flight attendants asked JONES why he tried to access the cockpit, JONES replied that he "was testing them." The flight deck was locked down for the remainder of the flight. One of the flight attendants had to move from his assigned area in the back of the plane to the front of the plane to help assist other flight attendants because of JONES' actions. The flight attendants also had to put the beverage cart out as a barrier to block the cockpit, and one of the flight attendants remained with the beverage cart.

7. After the aircraft landed at Dulles, JONES gave verbal consent to search both his carry-on luggage and his checked luggage. Agents found multiple notebooks with writings describing how to operate an aircraft, including take-off, in-air, and landing techniques. JONES's wallet contained his student pilot's license.

## CONCLUSION

8. Based on the foregoing, I submit that there is probable cause to believe that on or about March 3, 2024, on an aircraft in the Special Aircraft Jurisdiction of the United States, in the Eastern District of Virginia, JONES did commit interference with flight crew members in violation of Title 49 United States Code, Section 46504 by repeatedly attempting to access the cockpit, thereby leading flight attendant(s) to abandon their normal in-flight duties to ensure that the passengers remained safe and that JONES did not take control of the flight or interfere with the pilots' operation of the aircraft.

Respectfully submitted,

Thomas G. Pattinson
Federal Air Marshal
Transportation Security Administration

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 4, 2024.

**Lindsey R Vaala**
Digitally signed by Lindsey R Vaala
Date: 2024.03.04 13:31:07 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia